**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER LEON FELIX,<br>Petitioner,<br>vs.<br>TODD BLANCHE et al.,<br>Respondents. | CASE NO.: 2:26-CV-03131-RFB-BNW<br><br>**ORDER APPOINTING COUNSEL** |

The Court appoints LEONOR PERRETTA, Esq. as associate CJA counsel for JAVIER LEON FELIX. As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judiciary Policies and Procedures, the Court finds the case sufficiently difficult such that the appointment of an additional attorney is necessary and in the interest of justice. Counsel will be compensated at the maximum hourly rate established by the Judicial Conference of the United States. If counsel is not admitted to practice before the District of Nevada, pursuant to 18 U.S.C. § 3006A and Section X(D) of the District's CJA Plan, the Court hereby authorizes said counsel's pro hac vice admission to practice before this Court for the duration of the proceedings, nunc pro tunc to the date the appointing authority first contacted counsel about this appointment. The requirements of LR IA 11-2, including payment of the admission fee, are waived.

IT IS SO ORDERED.
DATED: October 15 2026
*Nunc Pro Tunc:* October 14, 2026

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE